MELINDA HAAG (CSBN 132612)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6813
   FAX: (415) 436-6748
   annie.reding@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAISA KAAID and JUBRAN NAGI MUZAID, dba FRIENDLY MARKET,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA and DOUGLAS G. PERRY; In His Capacity As The Administrative Review Officer Of The Administrative Review Division Of The United States Department Of Agriculture Food and Nutrition Service<br><br>   Defendants. | No. 12-1507 EDL<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

     Defendants United States of America and Douglas G. Perry ("Defendants") and Plaintiffs Faisa Kaaid and Jubran Nagi Muzaid ("Plaintiffs"), by and through their respective counsel, stipulate to extend the time for Defendants to respond to Plaintiffs' Complaint pursuant to Civil Local Rule 6-1 of the Northern District of California, and further respectfully request that the Court continue the Initial Case Management Conference that has been scheduled in the above-captioned matter for July 10, 2012, at 10:00 a.m., until August 7, 2012, at 10:00

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO
COMPLAINT AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE
12-1507 EDL                              1

1  a.m.  In accordance with Local Civil Rule 6-2(a), this stipulation is supported by the Declaration
2  of Ann Marie Reding and a proposed order, which is filed herewith.  The parties stipulate as
3  follows:
4     1.   On March 26, 2012, Plaintiffs filed their Complaint in this Court.  On the same
5  date, the Court scheduled an Initial Case Management Conference for July 10, 2012, at 10:00
6  a.m.  *See* Docket Nos. 1 and 3.
7     2.   On May 3, 2012, the U.S. Attorney's Office received a copy of Plaintiffs'
8  Complaint by certified mail.  *See* Declaration of Ann Marie Reding ("Reding Decl."), ¶ 3.
9     3.   Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendants' response to the Complaint is
10 presently due to be filed and served on July 2, 2012.  *Id.* at ¶ 4.
11    4.   On June 21, 2012, counsel for Defendant informed Plaintiffs' counsel that her
12 agency contact will be on vacation the week of June 25, 2012, and that defense counsel will be
13 out of state from June 29, 2012 through July 6, 2012.  *See id*. at ¶ 5.  Defense counsel further
14 represented that she only received a copy of the administrative file in this action on June 20,
15 2012.  *Id.*
16    5.   Based on the unavailability of defense counsel and her agency contact, as well as
17 the fact that defense counsel only very recently obtained a copy of the administrative record in
18 this matter, the parties have agreed to stipulate to an extension of time from July 2, 2012 to July
19 13, 2012 for Defendants to file a responsive pleading in this matter.  *See id*. at ¶ 6.  The parties
20 have further agreed to stipulate to a request to move the Initial Case Management Conference for
21 thirty days to August 7, 2012.  *Id.*
22    6.   No prior extensions of time have been requested or granted.  *See id*. at ¶ 7.
23    7.   The only effect the requested time modification will have on this case is to delay
24 the Initial Case Management Conference for thirty days.  *See id*. at ¶ 8.
25    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants
26 that Defendants will have until July 13, 2012 to respond to Plaintiffs' Complaint and the parties
27 agree to request that the Court vacate the July 10, 2012 Initial Case Management Conference in
28

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO
COMPLAINT AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE
12-1507 EDL                                        2

1 | this action and set the Initial Case Management Conference for August 7, 2012.

3 | DATED: July 21, 2012                    Respectfully submitted,

            /s/ Earl D. Johnson
            EARL D. JOHNSON
            Attorneys for Plaintiff

7 | DATED: July 21, 2012                    Respectfully submitted,

            MELINDA HAAG
            United States Attorney

            /s/ Ann Marie Reding
            ANN MARIE REDING
            Assistant United States Attorney

## ~~[PROPOSED]~~ ORDER

Plaintiffs and Defendants' stipulated request to extend the period of time for Defendant to file a responsive pleading and continue the Initial Case Management Conference is hereby **GRANTED**. Defendants will have until July 13, 2012 to respond to Plaintiffs' Complaint. The Initial Case Management Conference scheduled for July 10, 2012 at 10:00 a.m. is hereby vacated. The new Initial Case Management Conference is scheduled for August 7, 2012 at 10:00 a.m. A joint case management statement shall be filed one week prior to the conference.

Date: June 25, 2012

_____
The Honorable ELIZABETH D. LAPORTE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*